UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRIS ARACELY GARCIA-LOPEZ,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM BARR, et al.,<br><br>　　　　　　　　　Respondents. | CASE NO. C20-665-RSM-BAT<br><br>**ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE** |

This matter comes before the Court on Petitioner's Unopposed Motion to Dismiss. Dkt. #25. The Court agrees with Petitioner that her petition is now moot and that dismissal without prejudice is proper under Rule 41(a)(2). Accordingly, the Court hereby finds and ORDERS:

(1) This action is DISMISSED without prejudice.

(2) The pending Report and Recommendation and any objections are terminated as MOOT.

(3) The Clerk is directed to send copies of this Order to the parties and Judge Tsuchida.

ORDER GRANTING PETITIONER'S
UNOPPOSED MOTION TO DISMISS
WITHOUT PREJUDICE - 1

Dated this 23rd day of November, 2020.

                                                    _____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PETITIONER'S
UNOPPOSED MOTION TO DISMISS
WITHOUT PREJUDICE - 2